IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 06-cv-00178-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff,

v.

LYNN M. DECKER,
DAWN M. PETERSON,
JORGE L. SALLABERRY,
RICHARD C. GAMUACH,
JUDY PAULICH,
ANGELA R. YORK,
JOHN DOE, and
PARKVIEW MEDICAL CENTER,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 1 2 2006

GREGORY C. LANGHAM
CLERK

---

### ORDER REQUIRING SERVICE BY UNITED STATES MARSHAL

**Blackburn, J.**

This matter is before the court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The court has granted the plaintiff leave to proceed *in forma pauperis*.

**THEREFORE, IT IS ORDERED** as follows:

1. That if appropriate, the Clerk shall attempt to obtain a waiver of service from each of the defendants;

2. That if the Clerk is unable to do so, then the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders on each of the defendants; provided, furthermore,

that if appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d);

3. That all costs of service shall be advanced by the United States; and

4. That after service of process, any defendant or counsel for any defendant having been served shall respond to the complaint as provided in the Federal Rules of Civil Procedure.

Dated April 10, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00178-REB-PAC

George E. Florence
Reg. No. 98316-131
FCI – Florence
PO Box 6000
Florence, CO 81226

US Marshal Service
Service Clerk
Service forms for: Lynn M. Decker,
Dawn M. Peterson, Jorge L. Sallaberry,
Richard C. Gamuac, Judy Paulich,
Angela York, John Doe, and Park View Medical Center

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the U.S. Marshal Service for service of process on Lynn M. Decker, Dawn M. Peterson, Jorge L. Sallaberry, Richard C. Gamuac, Judy Paulich, Angela York, John Doe, and Park View Medical Center: AMENDED COMPLAINT FILED 2/10/06, ORDER FILED 4/5/06, SUMMONS, AND CONSENT FORM on 4/11/06

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk