IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00178-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff,

v.

LYNN M. DECKER,
DAWN M. PETERSON,
JORGE L. SALLABERRY,
RICHARD C. GAMUACH,
JUDY PAULICH,
ANGELA R. YORK,
JOHN DOE, and
PARKVIEW MEDICAL CENTER,

    Defendants.

_____

### MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that plaintiff's Letter (motion) to Compel Counsel to Provide Service Information, filed July 14, 2006 [doc. # 39] is **granted.  Lisa B. Halstead is hereby directed to file with the court <u>under seal</u>, on or before August 7, 2006, the current address of defendant Judy Paulich.**

    IT IS ALSO **ORDERED** that the Marshal is directed to effect service of process on defendant Richard Gamuac, at the address of his current place of employment (provided by plaintiff):

                      Dr. Richard Gamuac
                      St. Mary's Medical Center
                      1925 E. Orman, suite G32
                      Pueblo, CO

    IT IS ALSO **ORDERED** that plaintiff's motion for extension of time, filed July 18, 2006 [doc. # 41] is **granted**.  Plaintiff has already been sent a copy of the motion to dismiss [see supplemental certificate of mailing, entered July 18, 2006, doc. # 42], and **is directed to file his response to the motion to dismiss on or before Friday, August 11, 2006**.

Dated:  July 24, 2006