IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00178-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff(s),

v.

LYNN M. DECKER,
DAWN M. PETERSON,
JORGE L. SALLABERRY,
RICHARD C. GAMUACH,
JUDY PAULICH,
ANGELA R. YORK,
JOHN DOE, and
PARKVIEW MEDICAL CENTER,

    Defendant(s).

_____

## MINUTE ORDER
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

    IT IS HEREBY **ORDERED** that Defendants Parkview's and Decker's Motion for Extension of Time to Hold Rule 26(f) Conference and Submit Rule 26(a)(1) disclosures dated July 25, 2006 (doc. 49) is denied as moot.  See Minute Order dated July 31, 2006 (doc. 52).

    IT IS **FURTHER ORDERED** that Plaintiff's Motion for Court Order to Compel Warden to Provide Timely Notary Public Service for His Court Documents dated August 9, 2006 (doc. 61) is denied for lack of jurisdiction over the warden.

    IT IS **FURTHER ORDERED** that Plaintiff's Motion to Fast-Track Case dated August 9, 2006 (doc. 63) is denied.

IT IS **FURTHER ORDERED** that Plaintiff's Motion to Compel Defendants Parkview Medical Center and Lynn M. Decker to Provide the Plaintiff with a Copy of Their Motion to Dismiss and for Time Extension dated August 9, 2006 (doc. 64) is granted.  Counsel for Parkview Medical Center and Ms. Decker shall mail plaintiff a copy of their Motion to Dismiss filed July 20, 2006 (doc. 44) no later than **August 18, 2006**.  Plaintiff's response to the Motion to Dismiss is due by **September 19, 2006**.  Plaintiff's request for sanctions is denied.

Dated:  August 15, 2006