IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00178-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff(s),

v.

LYNN M. DECKER,
DAWN M. PETERSON,
JORGE L. SALLABERRY,
RICHARD C. GAMUACH,
JUDY PAULICH,
ANGELA R. YORK,
JOHN DOE, and
PARKVIEW MEDICAL CENTER,

    Defendant(s).

_____

### MINUTE ORDER
_____

### ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN

    IT IS HEREBY **ORDERED** that the Motion to Withdraw as Counsel of Record for Defendants Parkview Medical Center and Lynn M. Decker [filed September 26, 2006; Doc. No. 91] is **GRANTED.**

    Molly A. Walsh is permitted to withdraw as counsel of record for defendants Parkview Medical Center and Lynn M. Decker.  Lisa B. Halstead shall continue to represent the above defendants.

Dated:  October 2, 2006