**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 06-cv–00178-REB-PAC

GEORGE E. FLORENCE,

    Plaintiff,

v.

LYNN M. DECKER,
DAWN M. PETERSON,
JORGE L. SALLABERRY,
RICHARD C. GAMUACH,
JUDY PAULICH,
ANGELA R. YORK,
JOHN DOE, and
PARKVIEW MEDICAL CENTER,

    Defendants.

**MINUTE ORDER**[1]

    With the consent of the assigned magistrate judge, I withdraw my **Order of Reference** [#11], filed April 20, 2006, with regard to the four motions addressed in this order. The order of reference otherwise shall remain in full force and effect.

    The **Plaintiff's Motion to Strike Defendant Dr. Jorge L. Sallaberry M.D.'s Reply Brief in Support of His Motion to Dismiss** [#79], filed August 25, 2006, is **DENIED**. **Plaintiff's Motion for Commercial Lien/Writ of Attachment on Defendant Angela R. York Personal and Real Estate Properties and Goods** and **Plaintiff's Motion for Commercial Lien/Writ of Attachment on Defendant Dawn M. Peterson Personal and Real Estate Properties and Goods** [#81], both filed August 25, 2006, are **DENIED**. **Plaintiff's Motion to Supplement Civil Action No. 06-cv-00178-BNB** [#117], filed December 20, 2006, is **DENIED**. I have reviewed each of these motions, and conclude that the plaintiff has not established an arguable basis for the relief he requests in these motions.

Dated: March 19, 2007

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.